UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KEMONI PETERSON, | No. 2:15-cv-0689 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| SUZAN L. HUBBARD, | |
| Respondent. | |

Petitioner requested a 30 to 45 day extension of time to file a supplemental opposition to the motion to dismiss.[1] Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 19) is granted; and

2. Petitioner shall file a supplemental opposition within thirty days from the date of this order. Respondent's reply is due fourteen days thereafter.

Dated: December 9, 2016

pete0689.111(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner also provided a copy of his April 18, 2014 letter to the Clerk of the District Court for the Northern District of California in support of his argument that he was "bounced around like a ping pong ball from San Francisco to Sacramento courts during these proceedings," which allegedly made it difficult for him to pursue habeas relief. (ECF No. 19 at 1.) Petitioner is cautioned to include such argument and evidence in his supplemental opposition to ensure its consideration therein.

1