IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD KEMONI PETERSON,** | Case No. 2:15-cv-0689 KJM KJN P |
| Petitioner, | **ORDER** |
| v. | |
| **SUZAN L. HUBBARD,,** | |
| Respondent. | |

For reasons stated in the accompanying declaration of David H. Rose, respondent respectfully requests an extension until January 29, 2017, to serve and file the reply to petitioner's supplemental opposition to respondent's motion to dismiss, as required by the court's December 9, 2016 order. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion (ECF No. 25) is granted; and

2. Respondent shall file and serve his reply to petitioner's supplemental opposition to the motion to dismiss on or before January 29, 2017.

Dated: January 9, 2017

/pete0689.ext

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE